374 A.2d 722

McCaskey v. McCaskey, Appellant.

Argued April 12, 1977. G. Entenmann, with him William J. Murray, for appellant; John Edward Wall, with him Dickie, McCamey & Chilcote, for appellee.

Order affirmed.

VAN der VOORT, J., absent.